Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−34933−RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Roy Agnello
   236 Reichelt Road
   New Milford, NJ 07646

Social Security No.:
   xxx−xx−9326

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/26/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 26, 2019
JAN: slm

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-34933-RG
Roy Agnello                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Mar 26, 2019
                              Form ID: 148             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
```
db              #+Roy Agnello,    236 Reichelt Road,    New Milford, NJ 07646-2218
517932890        +Ameriprise Financial I,    827 Ameriprise Financial,    Minneapolis, MN 55474-0008
517932892        +Amex/Bankruptcy,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517932900        +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                   St Louis, MO 63179-0034
517932901        +Comenitycapital/bbbmc,    Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517932902        +Costco Go Anywhere Citicard,    Citicorp Credit Services/Centralized Ban,    Po Box 790040,
                   St. Louis, MO 63179-0040
518052425         Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                   Kirkland, WA 98083-0657
517932908        +Kay Jewelers,    Attn: Bankruptcy,    Po Box 1799,    Akron, OH 44309-1799
517932913        +Pinnacle,    Po Box 130848,    Carlsbad, CA 92013-0848
518021973        +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
517932917        +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
518060430         Wells Fargo Bank, N.A. as Indenture Trustee,     for the Impac CMB,    Series 2005-3,
                   c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2019 00:02:29      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2019 00:02:24      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
cr              +EDI: RMSC.COM Mar 27 2019 03:18:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                   PO BOX 41021,    Norfolk, VA 23541-1021
517932888        EDI: HNDA.COM Mar 27 2019 03:18:00      American Honda Finance,    Attn: Bankruptcy,
                   Po Box 168088,    Irving, TX 75016
517992298        EDI: BL-BECKET.COM Mar 27 2019 03:18:00      Ameriprise Financial,    c/o Becket and Lee LLP,
                   PO Box 3001,    Malvern PA 19355-0701
517932891       +EDI: AMEREXPR.COM Mar 27 2019 03:18:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
                   El Paso, TX 79998-1540
517932893        EDI: BANKAMER.COM Mar 27 2019 03:18:00      Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                   El Paso, TX 79998
517932895       +EDI: CAPITALONE.COM Mar 27 2019 03:18:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                   Salt Lake City, UT 84130-0285
517965412        EDI: CAPITALONE.COM Mar 27 2019 03:18:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                   Charlotte, NC 28272-1083
517932896       +EDI: CHASE.COM Mar 27 2019 03:18:00      Chase Card Services,    Correspondence Dept,
                   Po Box 15298,    Wilmington, DE 19850-5298
517947611        EDI: DISCOVER.COM Mar 27 2019 03:18:00      Discover Bank,    Discover Products Inc,
                   PO Box 3025,    New Albany, OH 43054-3025
517932903       +EDI: DISCOVER.COM Mar 27 2019 03:18:00      Discover Financial,    Po Box 3025,
                   New Albany, OH 43054-3025
517932904       +E-mail/Text: bankruptcy.bnc@ditech.com Mar 27 2019 00:01:45      Ditech,    Attn: Bankruptcy,
                   Po Box 6172,    Rapid City, SD 57709-6172
517932906       +EDI: HY11.COM Mar 27 2019 03:18:00      Hyundai Motor Finance,    Attn: Bankruptcy,
                   Po Box 20809,    Fountain Valley, CA 92728-0809
517953079        EDI: RESURGENT.COM Mar 27 2019 03:18:00      LVNV Funding, LLC,    Resurgent Capital Services,
                   PO Box 10587,    Greenville, SC 29603-0587
517932909       +EDI: FORD.COM Mar 27 2019 03:18:00      Lincoln Automotive Financial Service,    Attn: Bankruptcy,
                   Po Box 542000,    Omaha, NE 68154-8000
517932910       +EDI: MID8.COM Mar 27 2019 03:18:00      Midland Funding,    2365 Northside Dr Ste 300,
                   San Diego, CA 92108-2709
518040185       +EDI: MID8.COM Mar 27 2019 03:18:00      Midland Funding LLC,    P.O. Box 2011,
                   Warren, MI 48090-2011
517972641       +EDI: AGFINANCE.COM Mar 27 2019 03:18:00      OneMain,    PO Box 3251,    Evansville, IN 47731-3251
517932912       +EDI: AGFINANCE.COM Mar 27 2019 03:18:00      OneMain Financial,    Attn: Bankruptcy,
                   601 Nw 2nd Street,    Evansville, IN 47708-1013
518024144        EDI: PRA.COM Mar 27 2019 03:18:00      Portfolio Recovery Associates, LLC,    c/o Pc Richard,
                   POB 41067,    Norfolk VA 23541
518043512        EDI: PRA.COM Mar 27 2019 03:18:00      Portfolio Recovery Associates, LLC,
                   c/o The Home Depot Consumer,    POB 41067,    Norfolk VA 23541
518049590        E-mail/Text: bkdepartment@rtresolutions.com Mar 27 2019 00:02:41
                   Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                   Dallas, Texas 75247-4029
517932914       +E-mail/Text: jennifer.chacon@spservicing.com Mar 27 2019 00:03:46
                   Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
517936028       +EDI: RMSC.COM Mar 27 2019 03:18:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                   PO Box 41021,    Norfolk, VA 23541-1021
517932915       +EDI: RMSC.COM Mar 27 2019 03:18:00      Synchrony Bank/PC Richards & Sons,
                   Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517932916        EDI: TDBANKNORTH.COM Mar 27 2019 03:18:00      TD Bank,    Attn: Bankruptcy,    Po Box 1190,
                   Lewiston, ME 04246
```

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Mar 26, 2019
                              Form ID: 148               Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517932918        +E-mail/Text: vci.bkcy@vwcredit.com Mar 27 2019 00:02:38      Volkswagen Credit, Inc,   Po Box 3,
                  Hillsboro, OR 97123-0003
517932919         EDI: WFFC.COM Mar 27 2019 03:18:00      Wells Fargo Bank,   Attn: Bankruptcy Dept,   Po Box 6429,
                  Greenville, SC 29606
518060377         E-mail/Text: jennifer.chacon@spservicing.com Mar 27 2019 00:03:46
                  Wells Fargo Bank, N.A. as Indenture,   Trustee for the IMPAC CMB Trust Series 2,
                  c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                             TOTAL: 30

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517932911         One Main Bank,    Totowa
517932889*      ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                 (address filed with court: American Honda Finance,   Attn: Bankruptcy,   Po Box 168088,
                  Irving, TX 75016)
517932894*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,   Attn: Bankruptcy,   Po Box 982238,
                  El Paso, TX 79998)
517932897*       +Chase Card Services,    Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
517932898*       +Chase Card Services,    Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
517932899*       +Chase Card Services,    Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
517932905*       +Ditech,   Attn: Bankruptcy,   Po Box 6172,   Rapid City, SD 57709-6172
517932907*       +Hyundai Motor Finance,   Attn: Bankruptcy,   Po Box 20809,   Fountain Valley, CA 92728-0809
                                                                                 TOTALS: 1, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2019 at the address(es) listed below:
```
          Aileen   Perez    on behalf of Debtor Roy  Agnello aperezesq@yahoo.com, aperezesq@yahoo.com
          Kevin Gordon McDonald    on behalf of Creditor   Wells Fargo Bank, N.A., as Indenture Trustee for
           the Impac CMB Trust Series 2005-3 kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```